Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Andrew Sup Chung (AC 1988)
achung@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*Spin Master Ltd. and Spin Master, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD. and SPIN MASTER, INC., *Plaintiffs* <br><br> v. <br><br> 13385184960@163.com, *et al.* *Defendants* | CIVIL ACTION No. <br> 1:18-cv-10524-LGS |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Spin Master Ltd. and Spin Master, Inc. ("Spin Master" or "Plaintiffs"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendants NVC, ISYISY, ivanicababyshop, YOYOBESS, DIY Gem shop, lianjiaxiaodian, JL&prefect, Small Y Clothes Store, lanxihuanglongdong, yuxitao, fashionable and sport store, Pandora love and wendy E-commerce in the above-captioned action, without prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: March 14, 2019

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: _____
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorney for Plaintiffs*
*Spin Master Ltd. and Spin Master,*
*Inc.*

**It is so ORDERED.**

Signed at New York, NY on _____ ___, 2019.

_____
Judge Lorna G. Schofield
United States District Judge