Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*Spin Master Ltd. and Spin Master, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD. and SPIN MASTER, INC., <br> *Plaintiffs* <br><br> v. <br><br> 13385184960@163.com, *et al.* <br> *Defendants* | **CIVIL ACTION No.** <br> **1:18-cv-10524-LGS** |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Spin Master Ltd. and Spin Master, Inc. ("Spin Master" or "Plaintiffs"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendant caoping, global-spirit, shenzhenyiweikejiyouxiangongsi, angelcityer and MRY_Store in the above-captioned action, without prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated:  April 5, 2019                                    Respectfully submitted,

                                                         **EPSTEIN DRANGEL LLP**

                                                BY:    _____
                                                        Brieanne Scully (BS 3711)
                                                        bscully@ipcounselors.com
                                                        EPSTEIN DRANGEL LLP
                                                        60 East 42nd Street, Suite 2520
                                                        New York, NY 10165
                                                        Telephone: (212) 292-5390
                                                        Facsimile: (212) 292-5391
                                                        *Attorney for Plaintiffs*
                                                        *Spin Master Ltd. and Spin Master,*
                                                        *Inc.*

**It is so ORDERED.**

Signed at New York, NY on _____ ___, 2019.


                                                 _____
                                                 Judge Lorna G. Schofield
                                                 United States District Judge